# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.  Case No. 6:20-1714   GJK

**RONNIE MAGREHBI**

AUSA: Jackson Boggs
Defense Atty.: Roger Weeden

| U.S. MAGISTRATE JUDGE | Gregory J. Kelly<br>Courtroom 3C | DATE/TIME | Sept. 30, 2020<br>1:48-1:57 = 09 mins |
|---|---|---|---|
| DEPUTY CLERK | Kim Anderson | RECORDING | Digital<br>Orlando_Digital_Transcripts@flmd.uscourts.gov |
| INTERPRETER | | PTS/PROB. | Ebonie Henderson |

## CLERK'S MINUTES
## INITIAL APPEARANCE ON RULE 5C/BOND HEARING
**DEFENDANT TAKEN INTO FEDERAL CUSTODY TODAY**

Case called, appearances made, procedural setting by Court
Dft advised of his rights
Dft has retained counsel
No issue as to identity
Gov summarizes charge(s)/penalties
Gov does not seek detention requests release on conditions stated
Dft has no objection to conditions stated
Court advises dft of conditions
Dft waives PE hearing
Dft advised of rule 20 transfer
Court adjourned