## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**v.**                                                              **CASE NO: 6:20-1714      GJK**

**RONNIE MAGREHBI**

## ORDER SETTING
## CONDITIONS OF RELEASE

    **IT IS ORDERED** that the release of the defendant is subject to the following conditions and provision:

(1)    The defendant **must not violate** any federal, state or local law while on release in this case.

(2)    The defendant **must cooperate** in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.

(3)    The defendant **shall not change residence** without advance approval from the Pretrial Services Office and must immediately advise the court, Pretrial Services Officer, defense counsel and the U.S. Attorney in writing of any change in address and/or telephone number.

(4)    The defendant **must appear** at all proceedings as required and must surrender for service of any sentence imposed as directed. The defendant shall next appear in the United States Courthouse, 401 W. Central Boulevard, Orlando, FL 32801, in the Courtroom directed upon notice, **or appear in the district in which the charge(s) were filed**.

(5)    The defendant **must report** as soon as possible to the Pretrial Services Officer any contact with law enforcement personnel, including but not limited to any questioning, traffic stop or arrest.

(6)    The defendant **must refrain from any use of possession of a narcotic drug or other controlled substance listed in 21 U.S.C. § 802**, unless with prior written approval of the Pretrial Services Officer or as may be lawfully prescribed in writing by a licensed medical practitioner.

(7)    Defendant **shall not** attempt to influence, intimidate, threaten, injure, tamper with, or retaliate against any juror, judicial officer, witness, victim, informant or family members thereof in this case.

AO 199A Order Setting Conditions of Release

(8)     If ordered to comply with drug testing or location monitoring, the defendant **must refrain from tampering** with, obstructing, or attempting to obstruct or tamper, **with the efficiency and accuracy of any such testing or monitoring.**

(9)     If ordered to surrender his or her passport, the defendant **must refrain from seeking any passport or travel documents.**

### ADDITIONAL CONDITIONS OF RELEASE

In order to reasonably assure the appearance of the defendant and the safety of other persons in the community, it is **FURTHER ORDERED** that the release of the defendant is subject to the conditions marked below.

\_\_\_\_    **OWN RECOGNIZANCE**

X    **\*PRETRIAL SUPERVISION:** Defendant shall be subject to Pretrial Supervision and shall report as directed by the Pretrial Service Office;

\_\_\_\_    **THIRD PARTY CUSTODIAN:** The defendant is placed in the custody of:

Name: _____

Who agrees to: (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Signed: _____
Custodian or Proxy

**FINANCIAL CONDITION:**
\_\_\_\_    **Unsecured Bond**: Upon defendant executing an unsecure bond binding the defendant to pay the United States the sum $_____ in the event of failure to appear as required or to surrender as directed for service of any sentence imposed.

\_\_\_\_    **Secured Bond:** Upon defendant providing a secured bond guaranteeing payment to the United States the sum of $_____ in the event of a failure to appear as required or to appear for service of any sentence imposed.

**FIREARMS AND WEAPONS:**
X    **\*Refrain from having in the defendant's residence, or otherwise in the defendant's possession, any firearm, ammunition, destructive device, or other dangerous weapon.**

AO 199A   Order Setting Conditions of Release

**EMPLOYMENT/EDUCATION:**

\_\_\_\_\_   Maintain or actively seek verifiable employment.

\_\_\_\_\_   Maintain or commence and education program.

**RESIDENCE AND TRAVEL:**

__X__   *Defendant's travel and residence is restricted to the Middle District of Florida and *District of New Jersey*_____, if applicable, the district where the charge is pending as necessary for court appearances.

**PASSPORT/TRAVEL DOCUMENTS:**

\_\_\_\_\_   **Surrender** any passport.

\_\_\_\_\_   prior to release, or

\_\_\_\_\_   to Clerk, U.S. District Court, by 4:00 p.m. on _____ not to obtain any passport or travel document.

**LOCATION MONITORING:**

\_\_\_\_\_   *Defendant will participate in the **Location Monitoring program and abide by all the rules of the program, with:**

\_\_\_\_\_   **global position satellite monitoring; or**

\_\_\_\_\_   **electronic monitoring;**
and will pay all or part of the costs of the program as directed by pretrial services:

\_\_\_\_\_   **Curfew:** You are restricted to residence everyday _____ to _____, or as directed by the Pretrial Services Officer.

\_\_\_\_\_   Home Detention: **You are restricted to your residence at all times except for** employment; education, religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the Pretrial Services Officer.

\_\_\_\_\_   Home Incarceration: You are **restricted** to your residence at all times except for medical needs or treatment, religious services, meetings with counsel regarding this case, and court appearances pre-approved by the Pretrial Services Officer.

**PSYCHOLOGICAL:**

\_\_\_\_\_   **Participate in a psychiatric and/or mental health assessment/evaluation and/or treatment,** as directed by Pretrial Services Officer with costs to be borne by defendant, as determined by Pretrial Services Officer.

**ALCOHOL:**

\_\_\_\_\_   **Refrain from use** of alcohol.

\_\_\_\_\_   **Refrain from excessive use** of alcohol.

AO 1994A   Order Setting Conditions of Release

**DRUG TESTING AND TREATMENT:**

_____ **Submit to any** method of testing required by the Pretrial Services Officer or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.

_____ **Participate** in a program of **inpatient or outpatient substance abuse testing, education and/or program if deemed advisable by Pretrial Services Officer** and pay a percentage of the fee as determined by Pretrial Services Officer.

**ADDITIONAL ADAM WALSH ACT CONTACT WITH MINORS:**

_____ **No contact with minors.**

_____ **No** contact with minors **without** a responsible adult present.

**COMPUTER/TECHNOLOGY RESTRICTIONS:**
**DEFENDANT'S RESIDENCE SHALL NOT HAVE OR CONTAIN:**

_____ Any internet service or provider; and

_____ Any **internet access device** (including but not limited to any computer, smart phone, hand-held computing device, or gaming console); and

_____ Any **medium capable of storing content from the internet** (for example, a flash drive, a compact disc, a floppy disk, and cloud based storage); and,

_____ **Encrypted data or content, or any device capable of encrypting** data or content.

**DEFENDANT SHALL NOT POSSESS OR USE:**

_____ **Any internet access device** (including, but not limited to any computer, smart phone, hand-held computing device, gaming console or Smart Television). This prohibition applies to all locations, whether public or private, such as libraries, internet cafes, your place(s) of employment, educational facilities or any other third-party locations; and

_____ **Any medium capable of storing content** from the internet (for example, a flash drive, a compact disc, a floppy disk and cloud based storage); and

_____ Encrypted data or content, or any device capable of encrypting data or content.

**AT WORK, NOTWITHSTANING THE FOREGOING, DEFENDANT:**

_____ **MAY:**

_____ **MAY NOT:**

use a computer at work solely for work purposes and shall not access any illegal or prohibited content. Defendant and his employer must permit routine inspection of the device or medium to confirm adherence to this condition. You must inform your employer and any other third party this condition might affect of this condition, including the inspection provision. The United States Pretrial Services

**AO 199A  Order Setting Conditions of Release**

Office must conduct any inspections in a manner no more intrusive than necessary to ensure compliance with this condition.

**IDENTIFICATION AND CREDIT:**

_____ Defendant shall not possess any identification document of a third-party, including but not limited to passport, social security cards, driver license.

_____ Defendant shall not apply for any new line or form of credit whatsoever without prior written approval from the Pretrial Services Officer.

**ADDITIONAL CONDITIONS:** *Defense counsel Roger Weeden shall retain Defendant's passport until further order.*

_____

_____

_____

_____

_____

**ADVICE OF PENALTIES AND SANCTIONS TO THE DEFENDANT:**
**YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS.**

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of a Federal offense while on pretrial release may result in an additional sentence to a term of imprisonment of not more than ten years, if the offense is a felony, or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant, to retaliate or attempt to retaliate against a witness, victim or informant, or to intimidate or attempt to intimidate a witness, victim, juror, informant or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of: (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than ten years or both; (2) an offense punishable by imprisonment for a term of five years or more, but less than

5

fifteen years, you shall be fined not more than $250,000 or imprisonment not more than five years or both;

(3) any other felony, you shall be fined not more than $250,000 or imprisonment not more than two years or both;

(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear may result in the forfeiture of any bond posted.

### ACKNOWLEDGEMNT OF DEFENDANT

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

_835. N MAgnolia Ave_
Address of Defendant

_orlando, FL      808-657-7390_
City and State                         Telephone

### DIRECTIONS TO THE UNITED STATES MARSHAL

X The defendant is **ORDERED** released after processing.

__ The United States Marshal is **ORDERED** to keep defendant in custody until notified by the Clerk or Judicial Officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date:   September 30, 2020

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies to:
Pretrial Services Office
Defendant
U. S. Marshal

6